IN THE SUPREME COURT OF TEXAS

 No. 09-0342

 IN RE BOWNE & CO.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion requesting emergency relief, filed May 5,
2009, is granted. The Agreed Temporary Restraining Order dated January 30,
2009, in Cause No. 09-00845, styled Bowne & Co. vs. Metroplex Mailing
Services, L.L.C., in the 68th District Court of Dallas County, Texas, is
reinstated pending further order of this Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., May 22, 2009.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this May 12, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk